437 A.2d 743

**COMMONWEALTH of Pennsylvania**

v.

**Roger K. SNYDER, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1981.

Decided Dec. 17, 1981.

John P. Karoly, Jr., Allentown, for appellant.

Ronald T. Williamson, Chief, Appeals Div., Norristown, for appellee.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.